```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 03-20335-CIV-HIGHSMITH/McAliley
```

RAUL ESPINOSA,

    Petitioner,

v.

UNITED STATES,

    Defendant.
_____/

### ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon Plaintiff's Notice of Appeal, filed August 12, 2008 (DE 46/47). The Court construes the notice of appeal as a request for a certificate of appealability (DE 48). See, Edwards v. United States, 114 F.3d 1083, 1084 (11th Cir. 1997)(per curiam)("[d]istrict courts **must** treat notices of appeal filed by petitioners following a denial of either a section 2254 or a section 2255 petition as applications for COAs")(emphasis supplied). For a certificate of appealability to issue, the movant must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(3). Upon a review of the submissions, the Court finds that Plaintiff has made no such showing.

Therefore, it is hereby ORDERED AND ADJUDGED that Plaintiff's request for a Certificate of Appealability is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of October, 2008.

                                        */s/ Shelby Highsmith*
                                  SHELBY HIGHSMITH
                                  UNITED STATES DISTRICT JUDGE